HARRY W. BROTHERS, complainant,

*v.*

FRANK SPECTOR, defendant.

[Determined June 25th, 1924.]

On bill for specifice performance.   On final hearing.

*Mr. Morris Bloom,* for the complainant.

*Mr. S. Stanger Iszard,* for the defendant.

INGERSOLL, V. C.
It is unnecessary to write a memorandum.
The bill will be dismissed.

---

HOWARD W. HAMPTON et al., complainants,

*v.*

JOSEPH I. LEVY, defendant.

[Determined June 26th, 1924.]

On bill for relief.   On order to show cause.

*Messrs. Bourgeois & Coulomb,* for the complainants.

*Mr. Carlton Godfrey* and *Mr. William I. Garrison,* for the defendant.